UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-281-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

HOWARD ARMSTRONG,

            Defendant.       /



FILED by _____ D.C.

NOV 1 9 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on November 19, 2008, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1.    Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance.

On or about September 2, 2008, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Kroll Laboratories Specialist, Incorporated.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that HOWARD ARMSTRONG be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 19th day of November, 2008.

_____
**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c:   The Honorable Daniel T.K. Hurley
     Emalyn Webber, AUSA
     Dave Brannon, AFPD
     Donald Harrell, USPO